_____

**SO ORDERED,**

*[signature]*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: April 8, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | |
| PIONEER HEALTH SERVICES, INC. | CHAPTER 11 |
|     Debtor | CASE NO. 16-01119-NPO |
| | |
| IN RE: | |
| PIONEER HEALTH SERVICES | |
| OF EARLY COUNTY, LLC | CHAPTER 11 |
|     Debtor | CASE NO. 16-01243-NPO |

### ORDER GRANTING MOTION TO SET EXPEDITE HEARINGS

THIS CAUSE having come on for consideration of the *Motion to Set Expedited Hearings* (the "Motion") **[PIONEER HEALTH SERVICES, INC. DK #62 ; PIONEER HEALTH SERVICES OF EARLY COUNTY, LLC DK #8 ]** filed herein by Pioneer Health Services, Inc. and Pioneer Health Services of Early County, LLC (the "Debtors") in connection with Pioneer Health Services of Early County, LLC's *Emergency Motion for Authority to Use Cash Collateral and for Granting Adequate Protection* **[PIONEER HEALTH SERVICES OF EARLY COUNTY, LLC DK #5]** and the *Motion for Administrative Consolidation* **[PIONEER HEALTH SERVICES, INC. DK #61; PIONEER HEALTH SERVICES OF EARLY COUNTY, LLC DK #6]**, filed herein by both of the Debtors herein, and the Court being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Debtors' Motion to Set Expedited Hearing is granted.

-2-

IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED that objections and/or responses to the *Emergency Motion for Authority to Use Cash Collateral and for Granting Adequate Protection* and the *Motion for Administrative Consolidation* shall be due on or before 5:00 p.m. Central Time on Thursday, April 14, 2016.

IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED that hearings shall be conducted on the *Emergency Motion for Authority to Use Cash Collateral and for Granting Adequate Protection* [PIONEER HEALTH SERVICES OF EARLY COUNTY, LLC DK #5] and the *Motion for Administrative Consolidation* [PIONEER HEALTH SERVICES, INC. DK #61; PIONEER HEALTH SERVICES OF EARLY COUNTY, LLC DK #6] on **Friday, April 15, 2016**, at **10:00 o'clock a.m.** at the **Federal Courthouse, 501 E. Court Street, Courtroom 4C**, **Jackson, Mississippi 39201**.

IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED that counsel for the Debtors shall immediately notify, by telephone, by ECF filing or by email transmission (i) the known relevant secured parties, (ii) governmental entities, (iii) the United States Trustee, (iv) persons having entered an appearance in the case, and (v) the twenty largest unsecured creditors, in both of the bankruptcy cases herein.

# # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno, Esq.; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
N:\Firm Data\Users\Bankrupt\Pioneer - Early\Pleadings\Cash Collateral\Order - Expedited Hearing.wpd